Printed on: 02/07/2013  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2012 to 12/31/2012  
**Case Number: 10-33694 (JHW)**

Patricia L. Allen  
318 Lakeside Drive  
Logan Township, NJ  08085

Monthly Payment: $668.00  
Payments / Month: 1  
Current Trustee Comp.: 6.60%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2012 | $1,000.00 | 01/17/2012 | $700.00 | 01/23/2012 | $163.00 | 03/06/2012 | $621.00 |
| 04/17/2012 | $500.00 | 04/17/2012 | $442.00 | 04/17/2012 | $300.00 | 05/29/2012 | $100.00 |
| 05/29/2012 | $430.00 | 06/05/2012 | $300.00 | 06/11/2012 | $400.00 | 07/24/2012 | $521.00 |
| 09/24/2012 | $621.00 | 11/28/2012 | $669.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA L. ALLEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW G. GREENBERG, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| 1 | AUTO LOAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BAC HOME LOANS SERVICING, LP | 24 | $25,650.49 | $10,893.43 | $14,757.06 | $5,713.00 |
| 3 | DEPARTMENT OF THE TREASURY | 28 | $3,075.97 | $0.00 | $3,075.97 | $0.00 |
| 4 | COMMONWEALTH OF PENNSYLVANIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 33 | $969.94 | $0.00 | $969.94 | $0.00 |
| 8 | VATIV RECOVERY SOLUTIONS, LLC | 33 | $414.50 | $0.00 | $414.50 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2010 | 26.00 | $0.00 |
| 10/01/2012 | Paid to Date | $12,133.40 |
| 11/01/2012 | 33.00 | $668.00 |
| 08/01/2015 | Projected end of plan | |

HIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.

| | |
|---|---|
| Total payments received this period: | $6,767.00 |
| Total paid to creditors this period: | $5,713.00 |
| Undistributed Funds on Hand: | $667.00 |
| Arrearages: | $1,356.00 |
| Attorney: | ANDREW G. GREENBERG, ESQUIRE |

**HIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**